JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | | |
|---|---|---|
| ARMAH JOHNSON, | ) | Case No. CV 16-8359-DOC (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| Warden C. PFEIFFER, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 18, 2016

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE